UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO ACEVEDO and others
similarly situated,

      Plaintiff,

v.                                                  CASE NO. _____

JETBLUE AIRWAYS CORPORATION,

      Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant JetBlue Airways Corporation ("Defendant"), by and through its undersigned counsel, hereby gives notice of the removal of the above-styled action to the United States District Court for the Middle District of Florida, and states as follows:

I.

**INTRODUCTION**

1. This action is being removed pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446. On or about July 31, 2025, a Complaint was filed in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, by Plaintiff Pedro Acevedo ("Acevedo") against Defendant. *See* **Exhibit "A."** The action, styled

*Pedro Acevedo vs. JetBlue Airways Corporation*, was assigned Case No. 2025-CA-007321-O (hereinafter referred to as the "Circuit Court Action").

2. Defendant was served with the summons on August 4, 2025. *See* **Composite Exhibit B,** *infra*. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed. *See also Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 354 (1999).

3. In the Complaint, Acevedo, a former employee of Defendant, asserts violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). *See generally* Compl.

## II.

## PREREQUISITES TO REMOVAL

4. Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be filed promptly with the Clerk of Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

5. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as **Composite Exhibit "B."**[1]

## III.

## VENUE

6. Venue is proper in this Court because this action is being removed from Orange County Circuit Court which lies within the Middle District of Florida, Orlando Division. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

7. Because the Complaint alleges claims arising under the FLSA, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

## IV.

## CONCLUSION

WHEREFORE, Defendant removes the above-styled action now pending against it in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.

---

[1] Plaintiff has not filed a return of service. Defendant's copy of the served summons is attached as part of Exhibit B.

Dated:  September 3, 2025

        Respectfully submitted,

        /s/ Catherine H. Molloy
        Catherine H. Molloy
        Florida Bar No. 33500
        Email: molloyk@gtlaw.com
        Michael J. DeMaio
        Florida Bar No. 1019194
        Email: Michael.DeMaio@gtlaw.com
        GREENBERG TRAURIG, P.A.
        101 E. Kennedy Boulevard,
        Suite 1900
        Tampa, FL  33602
        (813) 318-5700 – Telephone
        (813) 318-5900 – Facsimile
        Attorneys for Defendant
        Jet Blue Airways Corporation

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2021, the foregoing document was electronically served by the CM/ECF system to:

Jason S. Remers, Esquire
REMER GEORGES-PIERRE & HOOGERWOERD, PLLC
2745 Ponce De Leon Boulevard
Coral Gables, FL  33134
jremer@rgph.law

        /s/ Catherine H. Molloy
                Attorney

ACTIVE 714198150v1